**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**IN RE: E. I. DU PONT DE**          **Case No. 2:13-md-2433**
**NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION**

                                             **JUDGE EDMUND A. SARGUS, JR.**
                                             **Magistrate Judge Elizabeth P. Deavers**

**This document relates to: <u>ALL CASES</u>.**

**<u>TRANSFER/CONSOLIDATION ORDER NO. 14</u>**

      The cases set forth below has been identified as tag-along cases within the meaning of Rule 7.2. of the Rules of Procedure of the Panel on Multidistrict Litigation.  Accordingly, the Clerk is **DIRECTED** to **TRANSFER** the following cases to the dockets of Judge Edmund A. Sargus, Jr. and Magistrate Judge Elizabeth P. Deavers and **CONSOLIDATE** these cases into this multidistrict action:

      *Pearl Phalon v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1142

      *Rilla Smith v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1143

      *Marjorie Snider v. E. I. Du Pont de Nemours and Company*, Case No. 2:13-cv-1144

      **IT IS SO ORDERED**.

Date: November 18, 2013                        ___/s/ *Elizabeth A. Preston Deavers*___
                                         Elizabeth A. Preston Deavers
                                         United States Magistrate Judge